## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOUSEN YISAK ADEN,          )
                                             )
          Plaintiff,[1]       )
                                             )
          v.                  )       Civil Action No. 25-0255 (UNA)
                                             )
UNITED STATES OF AMERICA,     )
                                             )
          Defendant.       )

## MEMORANDUM OPINION

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted.  28 U.S.C. § 1915(e)(2).  Suffice it to say that the complaint is unintelligible, and for reasons that are unfathomable, plaintiff demands an "injunction ordering the [B]iden administration to recognice [sic] mousen aden as the []Raymond Roman or Nurro of Rome. Kaiser."  Compl. at 5.

Because the complaint falls far short of stating a viable claim, it is subject to dismissal. *See McGuire v. U.S. District Court*, No. 10-cv-0696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

---

[1] Because Mousen Yisak Aden signed the complaint, *see* Compl. at 6, the Court deems Mr. Aden the sole plaintiff in this case.

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice.  A separate order will issue.


DATE: March 10, 2025

/s/
CHRISTOPHER R. COOPER
United States District Judge